Herman Franck, Esq. SBN 123476
Elizabeth Betowski, Esq., SBN 245772
Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
Tel: 916-256-6266
Email: franckhermanlaw88@yahoo.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
[San Francisco Division]

| | |
|---|---|
| MICHAEL CASTAGNOLA, CARLY CASTAGNOLA, <br><br> Plaintiffs, <br><br> v. <br><br> MARK ADAMS in his capacity as Receiver; ROBERT PITTMAN in his capacity as Sonoma County Counsel; DIANA GOMEZ, in her capacity as Sonoma Deputy County Counsel; COUNTY OF SONOMA; TYRA HARRINGTON in her capacity as Manager of Code Enforcement Permit Sonoma; SUSAN GORIN in her capacity as Supervisor; DAVID RABBITT in his capacity as Supervisor; CHRIS COURSEY in his capacity as Supervisor; JAMES GORE in his capacity as Supervisor; LYNDA HOPKINS in her capacity as Supervisor; JESSIE CABLK in his capacity as employee of Permit Sonoma; DOES 1-10 <br><br> Defendants. | Case No: 25-cv-03624-PHK <br><br> **NOTICE OF SUBSTITUTION OF PLAINTIFF'S COUNSEL; ORDER THEREON** |

Substitution of Counsel; Order thereon

1

1  Plaintiffs Michael Castagnola and Carly Castagnola herewith submits this NOTICE OF
2  SUBSTITUTION OF COUNSEL AND ORDER THEREON, and hereby designates her new
3  counsel as Herman Franck, Esq. (SBN 123476), and Elizabeth Betowski, Esq. (SBN 245772) of
4  Franck and Associates Attorneys at Law with the following contact info:

    Herman Franck, Esq. (SBN 123476)

    Elizabeth Betowski, Esq. (SBN 245772)

    Franck & Associates

    1750 Prairie City Road, Ste. 130, #254

    Folsom, CA 95630

    Tel: 916-256-6266

    Franckhermanlaw88@yahoo.com

SO AGREED:

_____  Date: June 26 2025
Herman Franck, Esq.
New counsel


_____  Date: _____
Thomas F Camp, Esq.
Former counsel

Substitution of Counsel; Order thereon      2

1  Plaintiffs Michael Castagnola and Carly Castagnola herewith submits this NOTICE OF
2  SUBSTITUTION OF COUNSEL AND ORDER THEREON, and hereby designates her new
3  counsel as Herman Franck, Esq. (SBN 123476), and Elizabeth Betowski, Esq. (SBN 245772) of
4  Franck and Associates Attorneys at Law with the following contact info:

    Herman Franck, Esq. (SBN 123476)

    Elizabeth Betowski, Esq. (SBN 245772)

    Franck & Associates

    1750 Prairie City Road, Ste. 130, #254

    Folsom, CA 95630

    Tel: 916-256-6266

    Franckhermanlaw88@yahoo.com

SO AGREED:

_____          Date: _____
Herman Franck, Esq.
New counsel

*Thomas F. Camp* (DocuSigned)
_____          Date:  7/1/2025
Thomas F Camp, Esq.
Former counsel

Substitution of Counsel; Order thereon

2

SO AGREED:

*[signature]* Date: 6/24/25
Michael Castagnola
Plaintiff

*[signature]* Date: 6/24/25
Carly Castagnola
Plaintiff

Substitution of Counsel; Order thereon

3

1 **ORDER APPROVING PLAINTIFF KENI MEYER'S SUBSTITUTION OF COUNSEL**

3 The Court ACCEPTS the forgoing substitution of counsel.

5 SO ORDERED:

_____              Date: _____
8 Hon. Peter H Kang
District Court Magistrate Judge

Substitution of Counsel; Order thereon

4