Herman Franck, Esq. SBN 123476
Elizabeth Betowski, Esq., SBN 245772
Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
Tel: 916-256-6266
Email: franckhermanlaw88@yahoo.com
Attorneys for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee of The Michael L. Castagnola
Revocable Trust Agreement dated September 15, 2016;
and Carly Castagnola

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### [San Francisco Division]

| | |
|---|---|
| MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA, <br><br> Plaintiffs, <br><br> v. <br><br> MARK ADAMS in his capacity as Receiver; <br> ROBERT PITTMAN in his capacity as Sonoma County Counsel; <br> DIANA GOMEZ, in her capacity as Sonoma Deputy County Counsel; <br> MICHAEL KING, in his capacity as Sonoma Deputy County Counsel <br> COUNTY OF SONOMA; <br> TYRA HARRINGTON in her capacity as Manager of Code Enforcement Permit Sonoma; <br> SUSAN GORIN in her capacity as Supervisor; <br> DAVID RABBITT in his capacity as Supervisor; <br> CHRIS COURSEY in his capacity as Supervisor; <br> JAMES GORE in his capacity as Supervisor; <br> LYNDA HOPKINS in her capacity as Supervisor; <br> JESSIE CABLK in his capacity as employee of Permit Sonoma; <br> CALIFORNIA RECEIVERSHIP GROUP INC. a California Corporation; | Case No: 25-cv-03624-JD <br><br> **PLAINTIFF'S COUNSEL HERMAN FRANCK'S VERIFIED APPLICATION FOR LEAVE TO APPEAR AT THE OCTOBER 2, 2025 INITIAL CASE MANAGEMENT CONFERENCE BY REMOTE APPEARANCE; STATEMENT OF GOOD CAUSE THEREFORE; PROPOSED ORDER THEREON** <br><br> Date: October 2, 2025 <br> Time: 10:00am <br> Courtroom: 11, 19th Floor |

Application for Remote Appearance at CMC

1

| | |
|---|---|
| 1 | RECEIVERSHIP FINANCING, LLC, a California limited liability company; |
| 2 | DOES 1-10 |
| 3 | Defendants. |

Plaintiff's counsel Herman Franck, SBN 123476, herewith submits this verified application for leave to appear remotely at the upcoming October 2, 2025 Case Management Conference, and provides the following statement of good cause therefore:

Approximately three years ago, I actually left the state of California for good, and moved to Mindanao Island, Philippines. I have lived in a small city called Tagbina, in a province called Surigao del Sur, Philippines, since April of 2022. I married a Philippine national, obtained the equivalent of a Philippine green card [personal permanent residency visa], and reside here on a permanent basis.

I am generally engaged in the practice of law in the state of California, and appear at various court proceedings remotely all the time. I generally plan to return to conduct jury trials when they actually occur, which seems to be a rarity nowadays.

In any event, it would be prohibitively costly for me to fly all the way to Oakland to attend what will probably be a fairly short hearing on October 2, 2025, and to then turn around and go all the way back. Under these circumstances, I request permission from the Court to appear remotely at the October 2, 2025 proceedings.

Respectfully Submitted,

//s// Herman Franck, Esq.

_____  Date: September  \_\_29\_\_ , 2025
Herman Franck, Esq.
Attorneys for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee of The Michael L. Castagnola
Revocable Trust Agreement dated September 15, 2016;
and Carly Castagnola

Application for Remote Appearance at CMC

## VERIFICATION OF COUNSEL

I, Herman Franck, declare and state as follows:

I have reviewed the foregoing Application for Leave to Appear Remotely at the upcoming October 2, 2025 Initial Case Management Conference, and know the contents thereof, and state that the same are true and correct and that this verification was signed under oath and under penalty of perjury under the laws of the United States of America.

Signed on September 29_, 2025 at Tagbina, Surigao del Sur, Philippines, where I reside.

//s// Herman Franck, Esq.
_____
Herman Franck, Esq.

# ORDER PERMITTING PLAINTIFF'S COUNSEL, HERMAN FRANCK, TO APPEAR REMOTELY

The Court has reviewed Plaintiffs' counsel Herman Franck's application for leave to appear remotely at the upcoming October 2, 2025 initial case management conference.

GOOD CAUSE appearing therefore, the Court hereby orders that Herman Franck may appear remotely on zoom for the October 2, 2025 initial case management conference.

SO ORDERED:

_____    Date: _____
James Donato
United States District Court Judge