UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L CASTAGNOLA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MARK ADAMS, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-03624-JD<br><br>**ORDER TO SHOW CAUSE** |

This case was filed on April 28, 2025. *See* Dkt. No. 1. The ECF docket indicates that to date, no defendant has been served. Federal Rule of Civil Procedure 4(m) requires that service be made within 90 days after the complaint is filed. That deadline has long passed.

Plaintiffs are ordered to show cause in writing by October 7, 2025, why the Court should not dismiss this action without prejudice pursuant to FRCP 4(m).

The case management conference set for October 2, 2025, is vacated, and the remote appearance request, Dkt. No. 22, is terminated as moot.

**IT IS SO ORDERED.**

Dated: September 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge