Herman Franck, Esq. SBN 123476
Elizabeth Betowski, Esq., SBN 245772
Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
Tel: 916-256-6266
Email: franckhermanlaw88@yahoo.com
Attorneys for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee of The Michael L. Castagnola
Revocable Trust Agreement dated September 15, 2016;
and Carly Castagnola

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### [San Francisco Division]

| | |
|---|---|
| MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA, <br><br> Plaintiffs, <br><br> v. <br><br> MARK ADAMS in his capacity as Receiver; ROBERT PITTMAN in his capacity as Sonoma County Counsel; DIANA GOMEZ, in her capacity as Sonoma Deputy County Counsel; MICHAEL KING, in his capacity as Sonoma Deputy County Counsel COUNTY OF SONOMA; TYRA HARRINGTON in her capacity as Manager of Code Enforcement Permit Sonoma; SUSAN GORIN in her capacity as Supervisor; DAVID RABBITT in his capacity as Supervisor; CHRIS COURSEY in his capacity as Supervisor; JAMES GORE in his capacity as Supervisor; LYNDA HOPKINS in her capacity as Supervisor; JESSIE CABLK in his capacity as employee of Permit Sonoma; CALIFORNIA RECEIVERSHIP GROUP INC. a California Corporation; | Case No: 25-cv-03624-JD <br><br> **PLAINTIFFS' SUPPLEMENTAL RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION** |

RECEIVERSHIP FINANCING, LLC, a California
limited liability company;
DOES 1-10

Defendants.

Plaintiffs Michael Castagnola individually and as Trustee of the Michael L. Castagnola Revocable Trust Agreement dated September 15, 2016 , and Carly Castagnola herewith submit this SUPPLEMENTAL RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION.

## I.
## STATUS OF SERVICE OF PROCESS

We wish to bring to the Court's attention the following update concerning the status of serving the Summons and Complaint on all defendants. We have attached as Attachment A hereto, an email log showing the following events:

A. Santa Rosa-based process server has a hard copy of the Summons and Complaint, and will be serving the County of Sonoma this coming week.

B. A Los Angeles-based process server has a hard copy of the summons and complaint to serve on receiver Mark Adams. We learned that Mr. Adam's official address is actually a private mail box service, and we will either find a physical address or will sub-serve him at the private mail box address. This will occur either this week or next week.

C. We have also been in contact with Mr. Michael King, Esq. with the Sonoma County Counsel's office. The communications with Mr. King are referenced in the email log, Attachment A hereto, and have resulted in an agreement between County Counsel's office and our office whereby we agree not to serve the individually-named defendants personally, but instead will send a series of Notice of Lawsuit and Request to Waive Service of Summons and Waivers of Service to County Counsel's office and then they will sign those, and we will file those in the district court as a substitute for a proof of service of summons and complaint

See Attachment B hereto, series of transmittal emails to the following: 1. Santa Rosa process server Nellie Driskell; 2. Los Angeles/Downey CA-based process server Gary Hansen; and 3. Michael King, Esq. of the Sonoma County Counsel's office.

Attachment C to this supplemental response is a collection of Series of Notice of Lawsuit and Request to Waive Service of Summons form; and Series of unsigned Waiver of Service of Summons forms for the following County of Sonoma-related individual Defendants: Jessie Cablk; Chris Coursey; Diana Gomez; James Gore; Susan Gorin; Tyra Harrington; Lynda Hopkins; Michael King; Robert Pittman; and David Rabbitt. We have prepared the forms and sent to County Counsel's office. As of this writing, they have not been signed but we expect them to be signed this week. As soon as they are signed, we will file those with the court.

As can also be seen, we have obtained further addresses for Mr. Mark Adams. We are likewise hopeful that Mr. Adams will cooperate by signing notices of acknowledgement and receipt as to three LLC defendants that he operates and controls. Those LLC defendants are: 1. California Receivership Group Inc., and Receivership Financing, LLC.

We will continue to monitor the process to get all defendants served.

Respectfully Submitted,

//s// Herman Franck, Esq.

_____          Date: October __27__ , 2025
Herman Franck, Esq.
Attorneys for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee of The Michael L. Castagnola
Revocable Trust Agreement dated September 15, 2016;
and Carly Castagnola

**LIST OF ATTACHMENTS**

Attachment A: Email log showing status of service of process on the various defendants

Attachment B: Series of three transmittal letters to two process servers and to Mr. Michael King, Esq.

Attachment C: Series of Notice of Lawsuit and Request to Waive Service of Summons form; and Series of unsigned Waiver of Service of Summons forms for the following County of Sonoma-related individual Defendants

       Jessie Cablk
       Chris Coursey
       Diana Gomez
       James Gore
       Susan Gorin
       Tyra Harrington
       Lynda Hopkins
       Michael King
       Robert Pittman
       David Rabbitt

Supplemental Response to Order to Show Cause

# ATTACHMENT A

**Email Roster**

**<u>Email between HF and LA Process server:</u>**

"On Monday of this week, we sent you another project. Our transmittal letter is attached. You will be receiving a hard copy of the summons and complaint by tomorrow.

In the meantime, I wanted to let you know we learned that the address of the person to be served, Mark Adams, is a private PO box only. We are going to get an actual physical address shortly, so don't make an attempt at the address in our letter.

As soon as we receive this physical address, we will email it to you.

Regards,

Herman Franck, Esq.

Franck & Associates

Attorneys at Law

Telephone 916/256-6266

CONFIDENTIALITY NOTICE: This e-mail is intended only for the use of the person to whom it is addressed. It may contain information that is confidential, privileged or exempt from disclosure. Any unauthorized disclosure or dissemination of this e-mail is prohibited. If you have received this e-mail in error, please notify us immediately by return email or phone (916/256-6266).]

2 attachments

- o October 21 letter to Hansen process server.pdfpdf · 214.1 KB

- o October 21 letter to Hansen process server.pdfpdf · 214.1 KB

****

- Gary Hansen

To:  me · Fri, Oct 24 at 6:38 AM

**Message Body**

UNDERSTOOD. RECEIVED PACKAGE YESTERDAY

Show trimmed content

********

- Herman Franck

To:  Gary · Mon, Oct 27 at 1:31 PM

**Message Body**

Hi Gary:

We have the following further addresses for Mark Adams:

1. 3435 Ocean Park Blvd., Suite 107, Santa Monica, CA 90405 [the original address we gave you in the transmittal letter]

2. 2716 Ocean Park Blvd, Ste. 3010, Santa Monica, CA 90405

3. 3220 Pearl St, Santa Monica, CA 90405

Regards,

Herman Franck, Esq.

Franck & Associates

Attorneys at Law

Telephone 916/256-6266

**Emails between HF and Santa Rosa Process Server**

- Nellie:

We sent you a new project for service on the County of Sonoma. A copy of our transmittal letter is attached. It should arrive today or tomorrow.

Please confirm receipt of the package (a hard copy of the summons and complaint).

Also let us know your fee for this and we will get you paid via credit card.

Regards,

Herman Franck, Esq.

Franck & Associates

Attorneys at Law

Telephone 916/256-6266

CONFIDENTIALITY NOTICE: This e-mail is intended only for the use of the person to whom it is addressed. It may contain information that is confidential, privileged or exempt from disclosure. Any unauthorized disclosure or dissemination of this e-mail is prohibited. If you have received this e-mail in error, please notify us immediately by return email or phone (916/256-6266).]

---

1 attachmentDownload

- o  October 21 to Santa Rosa process server.pdfpdf · 213.8 KB

****

- Nellie Driskell

To:  me · Thu, Oct 23 at 11:39 AM

I'll let you know as soon as I receive it. Fee for this one is $75.

**Emails between Herman Franck and Michael King [County Counsel]**

Michael King

To: me, and 1 other · Thu, Oct 23 at 12:48 PM

Mr. Franck

This e-mail will confirm receipt today of a stack of documents entitled "First Amended Complaint" with numerous lengthy exhibits.  You have continued to include numerous persons without any legal grounds.  A letter which accompanies the new Complaint mentions an agreement to accept service on individual defendants.

I want to be clear with you, which I have advised Mr. Camp, other similarly situated attorneys and plaintiffs  - **do not attempt to serve any individually named defendants or persons affiliated with the County other than through this office.**  I will confirm whether or not we will require the Federal form  "Notice of Lawsuit and Request to Waive Service" about which I have told Mr. Camp and all the process servers who refuse to follow the recommended court process for Federal court.

I anticipate being authorized to appear for the County of Sonoma and the individually named County defendants who are listed on the caption.

My actual instructions to Mr. Camp are included in the attached letters. In the second letter I advised him to desist from pursuing this case, particularly as to any of the named individuals. I will send you a similar letter in the near future, but I reiterate  - - **do not attempt to serve any individually named defendants or persons affiliated with the County other than through this office.**

Thank you for your attention to this matter.

Michael King, Esq.


****


Herman Franck

To:  Michael · Fri, Oct 24 at 12:41 PM

**Message Body**

Mr. King:

In your email dated October 23, 2025, you state:

**"do not attempt to serve any individually named defendants or persons affiliated with the County other than through this office"**

We will comply with your request.

I don't believe you meant to include Mark Adams as perhaps an affiliate. Let me know if you do include Mark Adams, and his of LLC in your concept of and affiliate.

Next week, we will prepare a series of notices of acknowledgement and receipts for you to sign.

Regards,

Herman Franck, Esq.

Franck & Associates

Attorneys at Law

Telephone 916/256-6266

****

Michael King

To: me, Cc: Diana · Fri, Oct 24 at 1:07 PM

**Message Body**

Thank you, Mr. Franck for honoring this specific request which was actually made to Mr. Castagnola's prior counsel, and is actually suggested by the Northern District.

Mr. Adams is not an "affiliate" or is he an agent of the County.  As I am sure you are aware, a Receiver is court-appointed and **acts on behalf of the Court**.  No one in the County tells the Receiver what to do.

I will be clearer when I send you a letter to requesting dismissal of each and every County employee and Supervisor, and the County itself.

The Notice of Waiver is the technical way to serve which I mentioned to Mr. Camp.  Under all the circumstances, including the monstrous Amended Complaint, I believe that is the best procedure to follow.

Thank you.

New E-mail Address:     Michael.King@sonomacounty.gov

Michael A. King

575 Administration Drive, Room 105A

Santa Rosa, CA 95403

(707) 565-2421

*******

Herman Franck

To:  Michael, Cc:  Diana, Bcc:  Michael, and 2 others · Mon, Oct 27 at 3:00 PM

**Message Body**

Mr. King:

Thank you for clarifying.

Attached please find the following documents:

1. Series of Notices of Lawsuit and Request to Waive Service of Summons as to the following individual defendants:

Jessie Cablk

Chris Coursey

Diana Gomez

James Gore

Susan Gorin

Tyra Harrington

Lynda Hopkins

Michael King

Robert Pittman

David Rabbitt

2. Series of Waiver of Service of Summons forms for you to sign, date, and return to us [by email is fine on behalf of the following indivudal defendants:

Jessie Cablk

Chris Coursey

Diana Gomez

James Gore

Susan Gorin

Tyra Harrington

Lynda Hopkins

Michael King

Robert Pittman

David Rabbitt

Regards,

Herman Franck, Esq.

Franck & Associates

Attorneys at Law

Telephone 916/256-6266

# ATTACHMENT B

**Franck & Associates**
**Attorneys at Law**
**1750 Prairie City Road, Ste. 130, #254**
**Folsom, CA 95630**
**Tel. (916) 256-6266**
**Email: franckhermanlaw88@yahoo.com**

Herman Franck, Esq.
Elizabeth Betowski, Esq.

**Citizen Attorney**

October 21, 2025

Rapid Express Courier Systems
355 Tesconi Cir, Suite B
Santa Rosa CA 95401
Tel: 707-526-7633
Attn: Nellie Driskell

**Re: Federal lawsuit entitled *Michael Castagnola et al. v. County of Sonoma et al.*, United States District Court, Northern District of California, Case No. 25-cv-03624-JD**

Hello:

Enclosed you will find one copy of the following documents in the above matter:

1. Summons
2. Amended Summons
3. First Amended Complaint
4. Standing Order for Civil Cases Before Judge James Donato

Please serve the summons and complaint on the following defendant: Sonoma County by serving the clerk of the Sonoma County Board of Supervisors at the following address:

> Clerk
> County of Sonoma Board of Supervisors
> 575 Administration Drive
> Room 100 A
> Santa Rosa, CA 95403
> Tel: (707) 565-2241

We will also need a proof of service from you once completed. You can send it to us via email. We will then file it with the Court.

Also let us know what your fee is for this and we'll get you paid.

Please feel free to contact me if you have any questions at 916-256-6266.

1

Regards,

//s// Herman Franck, Esq.
_____
Herman Franck, Esq.
Attorney for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee
of The Michael L. Castagnola Revocable
Trust Agreement dated September 15, 2016;
Carly Castagnola



**Franck & Associates**
Attorneys at Law
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
Tel. (916) 256-6266
Email: franckhermanlaw88@yahoo.com

Herman Franck, Esq.
Elizabeth Betowski, Esq.

October 21, 2025

Gary Hansen
Hansen's Guaranteed Process Company
8504 Firestone Blvd.
Downey, CA 90241
Tel: 562-803-6400

**Re: Federal lawsuit entitled *Michael Castagnola et al. v. County of Sonoma et al.*, United States District Court, Northern District of California, Case No. 25-cv-03624-JD**

Hello:

You may recall you assisted us in the past in serving a complaint on Meruelo Group, LLC. We have another summons and complaint project for you to serve in the above case.

Enclosed you will find one copy of the following documents in the above matter:

1. Summons
2. Amended Summons
3. First Amended Complaint
4. Standing Order for Civil Cases Before Judge James Donato

Please serve the summons and complaint on the following defendant: Mark Adams at the following address:

Mark S. Adams
California Receivership Group
3435 Ocean Park Blvd., Suite 107
Santa Monica, CA 90405
Tel. (310) 471-8181

We will also need a proof of service from you once completed. You can send it to us via email. We will then file it with the Court.

Also let us know what your fee is for this and we'll get you paid.

Please feel free to contact me if you have any questions at 916-256-6266.

Regards,

//s// Herman Franck, Esq.

_____
Herman Franck, Esq.
Attorney for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee
of The Michael L. Castagnola Revocable
Trust Agreement dated September 15, 2016;
Carly Castagnola

**Franck & Associates**
**Attorneys at Law**
**1750 Prairie City Road, Ste. 130, #254**
**Folsom, CA 95630**
**Tel. (916) 256-6266**
**Email: franckhermanlaw88@yahoo.com**

Herman Franck, Esq.
Elizabeth Betowski, Esq.

October 21, 2025

Sonoma County Counsel Office
Michael A. King, Esq.
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421; Fax: (707) 565-2624
Michael.King@sonomacounty.gov

**Re: Federal lawsuit entitled *Michael Castagnola et al. v. County of Sonoma et al.*, United States District Court, Northern District of California, Case No. 25-cv-03624-JD**

Mr. King:

Enclosed please find copies of the following documents in the Castagnola federal matter.
1. Series of Summons
2. Amended Summons
3. First Amended Complaint
4. Standing Order for Civil Cases Before Judge James Donato

I earlier spoke with my predecessor counsel, Mr. Thomas Camp, and he told me that you had previously agreed to accept service of the summons and complaint on behalf of the defendants.

We have gone out and arranged for service as to the County by serving the Clerk of the Board of Supervisors.

We are also sending it out for service as to Mark Adams.

I would like to know if you would agree to accept service on behalf of the other county defendants. If agreeable, I will prepare a notice of acknowledgement of receipt and send it over to you.

Regards,

//s// Herman Franck, Esq.
_____
Herman Franck, Esq.
Attorney for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee
of The Michael L. Castagnola Revocable
Trust Agreement dated September 15, 2016;
Carly Castagnola

1

# ATTACHMENT C

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Michael Castagnola et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  25-cv-03624-JD |
| Mark Adams, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Jessie Cablk
  *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___31___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  ___10/27/2025___

                      _____
                      *Signature of the attorney or unrepresented party*

                      Elizabeth Betowski, Esq.
                      *Printed name*
                      1750 Prairie City Road, Ste. 130, #254
                      Folsom, CA 95630
                      _____
                      *Address*

                      franckhermanlaw88@yahoo.com
                      *E-mail address*

                      916-256-6266
                      *Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| Michael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   25-cv-03624-JD |
| Mark Adams, et al. | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Chris Coursey

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   **31**   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   10/27/2025

_____
*Signature of the attorney or unrepresented party*

Elizabeth Betowski, Esq.
*Printed name*

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
*Address*

franckhermanlaw88@yahoo.com
*E-mail address*

916-256-6266
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| Michael Castagnola et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Mark Adams, et al. | ) |
| *Defendant* | ) |

Civil Action No.   25-cv-03624-JD

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Diana Gomez

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   **31**  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   10/27/2025

_____
*Signature of the attorney or unrepresented party*

Elizabeth Betowski, Esq.
*Printed name*

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
*Address*

franckhermanlaw88@yahoo.com
*E-mail address*

916-256-6266
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | | |
|---|---|---|
| Michael Castagnola et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   25-cv-03624-JD |
| Mark Adams, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   James Gore

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   31   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   10/27/2025

*Signature of the attorney or unrepresented party*

Elizabeth Betowski, Esq.
*Printed name*

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
*Address*

franckhermanlaw88@yahoo.com
*E-mail address*

916-256-6266
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Michael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   25-cv-03624-JD |
| Mark Adams, et al. | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Susan Gorin

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __31__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  ___10/27/2025___

_____
*Signature of the attorney or unrepresented party*

Elizabeth Betowski, Esq.
*Printed name*

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
*Address*

franckhermanlaw88@yahoo.com
*E-mail address*

916-256-6266
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Michael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Mark Adams, et al. | ) |
| *Defendant* | ) |

Civil Action No.  25-cv-03624-JD

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Tyra Harrington

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __31__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___10/27/2025___

_____
*Signature of the attorney or unrepresented party*

Elizabeth Betowski, Esq.
*Printed name*

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
*Address*

franckhermanlaw88@yahoo.com
*E-mail address*

916-256-6266
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Michael Castagnola et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   25-cv-03624-JD |
| Mark Adams, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Lynda Hopkins

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __31__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  10/27/2025

_____
*Signature of the attorney or unrepresented party*

Elizabeth Betowski, Esq.
*Printed name*

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
*Address*

franckhermanlaw88@yahoo.com
*E-mail address*

916-256-6266
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

|  |  |
|---|---|
| Michael Castagnola et al. | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Mark Adams, et al. | ) |
| _Defendant_ | ) |

Civil Action No.   25-cv-03624-JD

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Michael King

_(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)_

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __31__ days _(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)_ from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___10/27/2025___

_Signature of the attorney or unrepresented party_

Elizabeth Betowski, Esq.
_Printed name_

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
_Address_

franckhermanlaw88@yahoo.com
_E-mail address_

916-256-6266
_Telephone number_

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Michael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 25-cv-03624-JD |
| Mark Adams, et al. | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Robert Pittman

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __31__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.  Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy.  You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    10/27/2025

_____
*Signature of the attorney or unrepresented party*

Elizabeth Betowski, Esq.
*Printed name*

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
*Address*

franckhermanlaw88@yahoo.com
*E-mail address*

916-256-6266
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Michael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 25-cv-03624-JD |
| Mark Adams, et al. | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: David Rabbitt

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __31__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____10/27/2025_____

_____
*Signature of the attorney or unrepresented party*

Elizabeth Betowski, Esq.
*Printed name*

Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
*Address*

franckhermanlaw88@yahoo.com
*E-mail address*

916-256-6266
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| Micahael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  25-cv-03624-JD |
| Mark Adams et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Herman Franck, Esq. and Elizabeth Betowski, Esq.
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    10/27/2025   , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

| | |
|---|---|
| | *Signature of the attorney or unrepresented party* |
| **Jessie Cablk** | **Micheal King, Esq.** |
| *Printed name of party waiving service of summons* | *Printed name* |
| | **Sonoam County Counsel** |
| | **575 Administration Drive, Room 105A** |
| | **Santa Rosa, CA 95403** |
| | *Address* |
| | **Michael.King@sonomacounty.gov** |
| | *E-mail address* |
| | **(707) 565-2421** |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Micaahael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  25-cv-03624-JD |
| Mark Adams et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Herman Franck, Esq. and Elizabeth Betowski, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          10/27/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

| | |
|---|---|
| | *Signature of the attorney or unrepresented party* |
| Chris Coursey | Micheal King, Esq. |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Sonoam County Counsel |
| | 575 Administration Drive, Room 105A |
| | Santa Rosa, CA 95403 |
| | *Address* |
| | Michael.King@sonomacounty.gov |
| | *E-mail address* |
| | (707) 565-2421 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Micahael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   25-cv-03624-JD |
| Mark Adams et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Herman Franck, Esq. and Elizabeth Betowski, Esq.
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     10/27/2025    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

           *Signature of the attorney or unrepresented party*

_____
Diana Gomez
*Printed name of party waiving service of summons*

     Micheal King, Esq.
     *Printed name*

     Sonoam County Counsel
     575 Administration Drive, Room 105A
     Santa Rosa, CA 95403
     *Address*

     Michael.King@sonomacounty.gov
     *E-mail address*

     (707) 565-2421
     *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Micahael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Mark Adams et al. | ) |
| *Defendant* | ) |

Civil Action No.  25-cv-03624-JD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Herman Franck, Esq. and Elizabeth Betowski, Esq.
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint,
two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's
jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within
60 days from _____10/27/2025_____, the date when this request was sent (or 90 days if it was sent outside the
United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

|  |  |
|---|---|
| James Gore | Micheal King, Esq. |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Sonoam County Counsel |
| | 575 Administration Drive, Room 105A |
| | Santa Rosa, CA 95403 |
| | *Address* |
| | Michael.King@sonomacounty.gov |
| | *E-mail address* |
| | (707) 565-2421 |
| | *Telephone number* |

*Signature of the attorney or unrepresented party*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons
and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in
the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has
no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of
a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff
and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Micahael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 25-cv-03624-JD |
| Mark Adams et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Herman Franck, Esq. and Elizabeth Betowski, Esq.
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____10/27/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Susan Gorin
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

Micheal King, Esq.
*Printed name*

Sonoam County Counsel
575 Administration Drive, Room 105A
Santa Rosa, CA 95403
*Address*

Michael.King@sonomacounty.gov
*E-mail address*

(707) 565-2421
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Micahael Castagnola et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 25-cv-03624-JD |
| Mark Adams et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Herman Franck, Esq. and Elizabeth Betowski, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____10/27/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

| | |
|---|---|
| | _____ |
| | *Signature of the attorney or unrepresented party* |
| _____ | _____ |
| Tyra Harrington | Micheal King, Esq. |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Sonoam County Counsel |
| | 575 Administration Drive, Room 105A |
| | Santa Rosa, CA 95403 |
| | *Address* |
| | Michael.King@sonomacounty.gov |
| | *E-mail address* |
| | (707) 565-2421 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| Micahael Castagnola et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   25-cv-03624-JD |
| Mark Adams et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Herman Franck, Esq. and Elizabeth Betowski, Esq.
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____10/27/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

| | |
|---|---|
| | *Signature of the attorney or unrepresented party* |
| Lynda Hopkins | Micheal King, Esq. |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Sonoam County Counsel |
| | 575 Administration Drive, Room 105A |
| | Santa Rosa, CA 95403 |
| | *Address* |
| | Michael.King@sonomacounty.gov |
| | *E-mail address* |
| | (707) 565-2421 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Micahael Castagnola et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   25-cv-03624-JD |
| Mark Adams et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Herman Franck, Esq. and Elizabeth Betowski, Esq.
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     10/27/2025    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

 

_____
*Signature of the attorney or unrepresented party*

_____               Micheal King, Esq.
    Michael King                     *Printed name*
*Printed name of party waiving service of summons*

                              Sonoam County Counsel
                 575 Administration Drive, Room 105A
                       Santa Rosa, CA 95403
                                  *Address*

                  Michael.King@sonomacounty.gov
                            *E-mail address*

                        (707) 565-2421
                          *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Micahael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  25-cv-03624-JD |
| Mark Adams et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Herman Franck, Esq. and Elizabeth Betowski, Esq.
　　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ＿＿＿＿＿＿10/27/2025＿＿＿＿＿＿, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ＿＿＿＿＿＿＿＿＿＿

|  |  |
|---|---|
|  | ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ |
|  | *Signature of the attorney or unrepresented party* |
| ＿＿＿Robert Pittman＿＿＿ | ＿＿＿Micheal King, Esq.＿＿＿ |
| *Printed name of party waiving service of summons* | *Printed name* |
|  | **Sonoam County Counsel** |
|  | **575 Administration Drive, Room 105A** |
|  | **Santa Rosa, CA 95403** |
|  | *Address* |
|  | Michael.King@sonomacounty.gov |
|  | *E-mail address* |
|  | (707) 565-2421 |
|  | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

　　　Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　　"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　　If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　　If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Micahael Castagnola et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Mark Adams et al. | ) |
| *Defendant* | ) |

Civil Action No.   25-cv-03624-JD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Herman Franck, Esq. and Elizabeth Betowski, Esq.
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          10/27/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

| | |
|---|---|
| | *Signature of the attorney or unrepresented party* |
| David Rabbitt | Micheal King, Esq. |
| *Printed name of party waiving service of summons* | *Printed name* |
| | **Sonoam County Counsel**<br>**575 Administration Drive, Room 105A**<br>**Santa Rosa, CA 95403** |
| | *Address* |
| | Michael.King@sonomacounty.gov |
| | *E-mail address* |
| | (707) 565-2421 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.