1  MARK S. ADAMS, SBN 68300
   California Receivership Group
2  3435 Ocean Park Blvd., Suite 107
   Santa Monica, CA 90405
3  Tel. (310) 471-8181
   Fax (310) 471-8180
4  madams@calreceivers.com
   Attorney for Defendants MARK ADAMS in his capacity as Receiver; CALIFORNIA
5  RECEIVERSHIP GROUP INC, a California Corporation; and RECEIVERSHIP FINANCING,
   LLC, a California limited liability company
6

7              UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

9

| | |
|---|---|
| 10  MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA;<br><br>12          Plaintiffs,<br>13      v.<br>14  MARK ADAMS in his capacity as Receiver; ROBERT PITTMAN in his capacity as Sonoma County Counsel; DIANA GOMEZ, in her capacity as Sonoma Deputy County Counsel; MICHAEL KING, in his capacity as Sonoma Deputy County Counsel; COUNTY OF SONOMA; TYRA HARRINGTON in her capacity as Manager of Code Enforcement Permit Sonoma; SUSAN GORIN in her capacity as Supervisor; DAVID RABBITT in his capacity as Supervisor; CHRIS COURSEY in his capacity as Supervisor; JAMES GORE in his capacity as Supervisor; LYNDA HOPKINS in her capacity as Supervisor; JESSIE CABLK in his capacity as employee of Permit Sonoma; CALIFORNIA RECEIVERSHIP GROUP INC. a California Corporation; RECEIVERSHIP FINANCING, LLC, a California limited liability company; and DOES 1-10;<br><br>          Defendants. | Case No. 3:25-cv-03624-JD<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS MARK ADAMS, CALIFORNIA RECEIVERSHIP GROUP, INC. AND RECEIVERSHIP FINANCING, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT [Local Rules 6-1(a)]**<br><br>Judge: Hon. James Donato |

-1-
**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

1      IT IS HEREBY STIPULATED by and between Plaintiffs MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA ("Plaintiffs") and Defendants MARK ADAMS, in his capacity as receiver ("Adams"), CALIFORNIA RECEIVERSHIP GROUP, INC. ("CRG") AND RECEIVERSHIP FINANCING, LLC ("RF") (collectively "Defendants") by and through their respective undersigned counsel of record, stipulate and agree to extend the time for the Defendants to respond to Plaintiffs' Complaint as follows:

## RECITALS:

1. On October 29, 2025, Plaintiffs served their Summons and Complaint on Adams.
2. On November 10, 2025, Plaintiffs served their Summons and Complaint on CRG.
3. On November 4, 2025, Plaintiffs served their Summons and Complaint on RF.
4. On November 12, 2025, Adams' and CRG's counsel requested an extension of time from Plaintiffs' counsel to answer or otherwise respond to the Complaint. This change will not alter the date of any event or any deadline already fixed by Court order. Plaintiffs' counsel agreed to extend the response date to December 1, 2025.
5. On November 13, 2025, RF's counsel requested an extension of time from Plaintiffs' counsel to answer or otherwise respond to the Complaint. This change will not alter the date of any event or any deadline already fixed by Court order. Plaintiffs' counsel agreed to extend the response date to December 1, 2025.

IT IS SO STIPULATED.

//
//
//
//
//
//

1 | DATED: Nov. 14, 2025

MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA

By: /s/ Herman Franck
Herman Franck
Attorney for Plaintiffs

DATED: November 14, 2025

Mark Adams, in his capacity as Receiver

By: /s/ Mark S. Adams
Mark S. Adams
Attorney for Defendant, Mark Adams, in his capacity as receiver

DATED: November 14, 2025

CALIFORNIA RECEIVERSHIP GROUP, INC.

By: /s/ Mark S. Adams
Mark S. Adams
Attorney for Defendant, California Receivership Group, Inc.

DATED: November 14, 2025

RECEIVERSHIP FINANCING, LLC

By: /s/ Mark S. Adams
Mark S. Adams
Attorney for Defendant, Receivership Financing, LLC