MARK S. ADAMS, SBN 68300
California Receivership Group
3435 Ocean Park Blvd., Suite 107
Santa Monica, CA 90405
Tel. (310) 471-8181
Fax (310) 471-8180
madams@calreceivers.com
Attorney for Defendants MARK ADAMS in his capacity as Receiver; CALIFORNIA RECEIVERSHIP GROUP INC, a California Corporation; and RECEIVERSHIP FINANCING, LLC, a California limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA;<br><br>    Plaintiffs,<br>  v.<br><br>MARK ADAMS in his capacity as Receiver; ROBERT PITTMAN in his capacity as Sonoma County Counsel;<br>DIANA GOMEZ, in her capacity as Sonoma Deputy County Counsel;<br>MICHAEL KING, in his capacity as Sonoma Deputy County Counsel;<br>COUNTY OF SONOMA;<br>TYRA HARRINGTON in her capacity as Manager of Code Enforcement Permit Sonoma;<br>SUSAN GORIN in her capacity as Supervisor;<br>DAVID RABBITT in his capacity as Supervisor;<br>CHRIS COURSEY in his capacity as Supervisor;<br>JAMES GORE in his capacity as Supervisor;<br>LYNDA HOPKINS in her capacity as Supervisor;<br>JESSIE CABLK in his capacity as employee of Permit Sonoma;<br>CALIFORNIA RECEIVERSHIP GROUP INC. a California Corporation;<br>RECEIVERSHIP FINANCING, LLC, a California limited liability company;<br>and DOES 1-10;<br><br>    Defendants. | Case No. 3:25-cv-03624-JD<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. James Donato |

-1-
**PROOF OF SERVICE**

1  I, KAREN XU, declare that:

2  I am employed by the Court-Appointed Receiver, Mark Adams. I am over the age of 18

3  years and not a party to the within action. My business address is 3435 Ocean Park Blvd., Suite

4  107, Santa Monica, California 90405.

5  On **November 18, 2025**, I served the following documents:

6  - **JOINT STIPULATION TO EXTENDJOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS MARK ADAMS, CALIFORNIA RECEIVERSHIP GROUP, INC. AND RECEIVERSHIP FINANCING, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT [Local Rules 6-1(a)]**

9  on the parties in this action listed in the attached Service List, which is incorporated herein by

10  this reference, by the following means:

11  X  **BY ELECTRONIC SERVICE VIA CM/ECF NOTICE UPON FILING**

12  X  **BY ELECTRONIC MAIL IF ADDRESS IS AVAILABLE**

13  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 18th day of November, 2025, in Palmdale, California.

_Karen Xu_
Karen Xu, Paralegal
California Receivership Group

-2-
**PROOF OF SERVICE**

# SERVICE LIST

*Michael L. Castagnola, et al. v. Mark Adams, et al.;* Case No. 25-cv-03624-JD

**Counsel for Plaintiff, Michael L Castagnola**
Herman Franck
Franck & Associates
1750 Prairie City Road
Ste. 130, #254
Folsom, CA 95630
916-256-6266
franckhermanlaw88@yahoo.com

**Counsel for Plaintiff, Michael Castagnola as Trustee of The Michael L.Castagnola Revocable Trust Agreement datedSeptember 15, 2016**
Herman Franck
Franck & Associates
1750 Prairie City Road
Ste. 130, #254
Folsom, CA 95630
916-256-6266
franckhermanlaw88@yahoo.com

**Counsel for Plaintiff, Carly Suzanne Castagnola**
Elizabeth Betowski
Franck and Associates
1801 7th Street1750 Prairie City Road
Suite 130, #254
Folsom, CA 95630
916-256-6266
elizabeth.francklaw@gmail.com

**Defendant**
Diana Gomez, as Sonoma Deputy County Counsel
575 Administration Dr, 105A
Santa Rosa, CA 95403
7075652421
diana.gomez@sonoma-county.org