MARK S. ADAMS, SBN 68300
California Receivership Group
3435 Ocean Park Blvd., Suite 107
Santa Monica, CA 90405
Tel. (310) 471-8181
Fax (310) 471-8180
madams@calreceivers.com
Attorney for Defendants MARK ADAMS in his capacity as Receiver; CALIFORNIA
RECEIVERSHIP GROUP INC, a California Corporation; and RECEIVERSHIP FINANCING,
LLC, a California limited liability company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA; <br><br> Plaintiffs, <br><br> v. <br><br> MARK ADAMS in his capacity as Receiver; ROBERT PITTMAN in his capacity as Sonoma County Counsel; DIANA GOMEZ, in her capacity as Sonoma Deputy County Counsel; MICHAEL KING, in his capacity as Sonoma Deputy County Counsel; COUNTY OF SONOMA; TYRA HARRINGTON in her capacity as Manager of Code Enforcement Permit Sonoma; SUSAN GORIN in her capacity as Supervisor; DAVID RABBITT in his capacity as Supervisor; CHRIS COURSEY in his capacity as Supervisor; JAMES GORE in his capacity as Supervisor; LYNDA HOPKINS in her capacity as Supervisor; JESSIE CABLK in his capacity as employee of Permit Sonoma; CALIFORNIA RECEIVERSHIP GROUP INC. a California Corporation; RECEIVERSHIP FINANCING, LLC, a California limited liability company; and DOES 1-10; <br><br> Defendants. | Case No. 3:25-cv-03624-JD <br><br> **DECLARATION OF MARK ADAMS** <br><br> *(Filed concurrently with Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss)* <br><br> Judge: Hon. James Donato <br><br> Hearing <br> Date: February 12, 2026 <br> Time: 11:00 a.m. <br> Location: Courtroom 11, 19th Floor |

I, Mark Adams, declare as follows:

1.    I am an attorney at law, licensed to practice before all state and federal courts of the State of California. California Receivership Group and I serve as the Court appointed receiver in the matter of <u>County of Sonoma v. Castagnola, et. al,</u> Sonoma County Court Case #SCV-265714 ("Receivership Action"). All facts set forth herein are based upon my personal knowledge and if called upon to testify under oath to the veracity, I could and would do so.

2.    The Appointing State Court appointed California Receivership Group, through me as President ("Receiver") as health and safety receiver for the property located at 12778 Dupont Road, Sebastopol, CA 95472 (APN# 074-020-015-000) ("Property") by order on May 25, 2022 ("Appointment Order"). The Appointment Order found the Property to be "maintained in such condition as to violate the Health and Safety Code, Building Code and the Sonoma County Code, and Respondents are in violation of the Court's lawful Judgment, and the Property poses an imminent and substantial danger to [Castagnola], his guests, tenants, and the public" (Appointment Order, p.2-3).

3.    On January 13, 2023, my office prepared the Third Report of Receiver which highlighted the Abatement Plan for the Court and all parties. (See Exhibit 1 attached to the Request for Judicial Notice ("RJN").) On January 17, 2023 the court signed the order approving the Third Report of Receiver. (See Exhibit 2 attached to the RJN.)

4.    All challenged actions—including obtaining financing to address property issues, demolishing unpermitted structures, and implementing remediation plans—were expressly approved and ratified by the appointing court, and were directly related to the Receiver's court-appointed duties. (See Exhibits 1 and 2 attached to the RJN.)

5.    Exhibit B to Plaintiffs' First Amended Complaint ("FAC") is the March 12, 2025, Superior Court Minute order ("Minute Order"). That order unambiguously states:

a.    [Carly Castagnola's] motion to file a separate action against the receiver is DENIED.

b.    [Carly Castagnola's] request to bring her claims as a claim in intervention against Receiver in this action is GRANTED.

c.  Receiver's counsel shall submit a written order to the Court consistent with this tentative ruling and in compliance with Rule of Court 3.1312(A) and (b).

d.  The court VACATED her previously filed "Verified Complaint" from January 3, 2025.

6.    Despite attaching the order word-for-word to their FAC, Plaintiffs allege—incorrectly—that Exhibit B "approv[es] Carly Castagnola's request to proceed with a lawsuit against Mark Adams," even though the plain language of the order says nothing of the sort. On March 24, 2025, the Superior Court signed the Order. (See Exhibit 3 attached to the RJN.)

7.    On December 3, 2025, my office was served with a Motion for Permission to bring Lawsuit Against Receiver in the Receivership Action. However, the Sonoma County Superior Court docket reflects that the submission was **returned as unfiled**, and no request for leave to initiate and prosecute this action is presently before that court. (See Exhibit 4 attached to the RJN.)


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed this 22nd day of  December, 2025 in Porto, Portugal.


Mark Adams

**DECLARATION OF MARK ADAMS**