Herman Franck, Esq. SBN 123476
Elizabeth Betowski, Esq., SBN 245772
Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
Tel: 916-256-6266
Email: franckhermanlaw88@yahoo.com
Attorneys for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee of The Michael L. Castagnola
Revocable Trust Agreement dated September 15, 2016;
and Carly Castagnola

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
[San Francisco Division]

| | |
|---|---|
| MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ADAMS in his capacity as Receiver; Et al.<br><br>Defendants. | CASE NO: 25-CV-03624-JD<br><br>**NOTICE OF SUBSTITUTION OF PLAINTIFFS' COUNSEL; ORDER THEREON** |

Plaintiffs Michael Castagnola, Michael Castagnola as Trustee of The Michael L. Castagnola Revocable Trust Agreement dated September 15, 2016, and Carly Castagnola herewith submit this NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER THEREON.

Plaintiffs have both requested to substitute themselves in as pro se parties, and have discharged Herman Franck, Esq./Franck & Associates as Plaintiffs' counsel.

Substitution of Counsel; Order thereon

1

Plaintiffs' contact info is as follows:

Michael Castagnola
Carly Castagnola
General Delivery
Graton, CA 95444
Tel. 707-799-6019
Michael@mccbearfamily.com
carly@mccbearfamily.com

SUBSTITUTION REQUESTED

_____                Date: February __3__, 2026
Michael Castagnola
Plaintiff


_____                Date: February __3__, 2026
Michael Castagnola as Trustee of
The Michael L. Castagnola
Revocable Trust Agreement dated
September 15, 2016
Plaintiff


_____                Date: February __3__, 2-26
Carly Castagnola
Plaintiff


SUBSTITION APPEROVED and ACCEPTED:


//s// Herman Franck, Esq.                   Date: February __2__, 2026
_____
Herman Franck, Esq.


Substitution of Counsel; Order thereon

2

**ORDER APPROVING PLAINTIFFS MICHAEL CASTAGNOLA, CASTAGNOLA, MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016 AND CARLY CASTAGNOLA 'S SUBSTITUTION OF COUNSEL**

The Court ORDERS that the foregoing substitution of counsel is ACCEPTED.

SO ORDERED:

_____        Date: _____
Hon. James Donato
District Court Magistrate Judge

Substitution of Counsel; Order thereon

3

# PROOF OF SERVICE

I, Elizbeth Betowski, declare as follows: That I am an adult over the age of 18, and have an office in Folsom, California, and am not a party to the present action. On the date signed below, I caused to be served by electronic mail, the following documents:

1. **NOTICE OF SUBSTITUTION OF PLAINTIFFS' COUNSEL; ORDER THEREON**

The above-listed documents were served on all parties by electronic mail to the following addressees:

Michael Castagnola
Carly Castagnola
General Delivery
Graton, CA 95444
Tel. 707-799-6019
Michael@mccbearfamily.com
carly@mccbearfamily.com

I declare under oath and under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in Sacramento, California, on February 3, 2026.

//s// Herman Franck, Esq.

_____
Elizabeth Betowski