Herman Franck, Esq. SBN 123476
Elizabeth Betowski, Esq., SBN 245772
Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
Tel: 916-256-6266
Email: franckhermanlaw88@yahoo.com
Attorneys for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee of The Michael L. Castagnola
Revocable Trust Agreement dated September 15, 2016;
and Carly Castagnola

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### [San Francisco Division]

| | |
|---|---|
| MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ADAMS in his capacity as Receiver;<br>ROBERT PITTMAN in his capacity as Sonoma County Counsel;<br>DIANA GOMEZ, in her capacity as Sonoma Deputy County Counsel;<br>MICHAEL KING, in his capacity as Sonoma Deputy County Counsel<br>COUNTY OF SONOMA;<br>TYRA HARRINGTON in her capacity as Manager of Code Enforcement Permit Sonoma;<br>SUSAN GORIN in her capacity as Supervisor;<br>DAVID RABBITT in his capacity as Supervisor;<br>CHRIS COURSEY in his capacity as Supervisor;<br>JAMES GORE in his capacity as Supervisor;<br>LYNDA HOPKINS in her capacity as Supervisor;<br>JESSIE CABLK in his capacity as employee of Permit Sonoma;<br>CALIFORNIA RECEIVERSHIP GROUP INC. a California Corporation; | Case No: 25-cv-03624-JD<br><br>**PLAINTIFF'S COUNSEL HERMAN FRANCK'S VERIFIED APPLICATION FOR LEAVE TO APPEAR AT THE FEBRUARY 12, 2026 HEARINGS ON SERIES OF MOTIONS BY REMOTE APPEARANCE; STATEMENT OF GOOD CAUSE THEREFORE; PROPOSED ORDER THEREON**<br><br>Date: February 12, 2026<br>Time: 11:00am<br>Courtroom: 11, 19th Floor |

RECEIVERSHIP FINANCING, LLC, a California limited liability company;
DOES 1-10

Defendants.

Plaintiff's counsel Herman Franck, SBN 123476, herewith submits this verified application for leave to appear remotely at the upcoming February 12, 2026, 11:00am at Courtroom 11 hearings on the series of motions.

Plaintiffs counsel was recently requested by both plaintiffs Michael Castagnola and Carly Castagnola to substitute out of this case. Plaintiff's counsel filed a notice of substitution and requested order thereon, a copy of which is attached to this request for remote appearance as Attachment A. As of this writing, that request is pending, and has not been ordered by the court. In light of the fact that the hearing of February 12th is quickly approaching, and notwithstanding the fact that Plaintiffs' counsel will be substituting out of the case, Plaintiffs' counsel still will submit this request seeking permission by the court to appear remotely.

Plaintiff's counsel also has a separate interest, apart from his clients, to appear in light of the fact that the Defendants County of Sonoma and its officials have also filed a motion for Rule 11 sanctions against Herman Franck.

Accordingly, Mr. Franck now makes this statement of good cause, justifying a remote appearance:

Almost four years ago, I actually left the state of California for good, and moved to Mindanao Island, Philippines. I have lived in a small city called Tagbina, in a province called Surigao del Sur, Philippines, since April of 2022. I married a Philippine national, obtained the equivalent of a Philippine green card [personal permanent residency visa], and reside here on a permanent basis.

I am generally engaged in the practice of law in the state of California, and appear at various court proceedings remotely all the time. I generally plan to return to conduct jury trials when they actually occur, which seems to be a rarity nowadays.

In any event, it would be prohibitively costly for me to fly all the way to San Francisco to attend the hearings on February 12, 2026, and to then turn around and go all the way back. Under these circumstances, I request permission from the Court to appear remotely at the February 12, 2026 proceedings.

Respectfully Submitted,

//s// Herman Franck, Esq.
_____     Date: February __4__, 2026
Herman Franck, Esq.
Attorneys for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee of The Michael L. Castagnola
Revocable Trust Agreement dated September 15, 2016;
and Carly Castagnola

## VERIFICATION OF COUNSEL

I, Herman Franck, declare and state as follows:

I have reviewed the foregoing Application for Leave to Appear Remotely at the upcoming October 2, 2025 Initial Case Management Conference, and know the contents thereof, and state that the same are true and correct and that this verification was signed under oath and under penalty of perjury under the laws of the United States of America.

Signed on February 4, 2026 at Tagbina, Surigao del Sur, Philippines, where I reside.

_/s/ Herman Franck_
Herman Franck, Esq.

Application for Remote Appearance at 2.12.26 hearings

**ORDER PERMITTING PLAINTIFF'S COUNSEL, HERMAN FRANCK, TO APPEAR REMOTELY**

The Court has reviewed Plaintiffs' counsel Herman Franck's application for leave to appear remotely at the upcoming February 12, 2026 hearings in this matter.

GOOD CAUSE appearing therefore, the Court hereby orders that Herman Franck may appear remotely on zoom for the February 12, 2026 hearings in this matter.

SO ORDERED:

_____         Date: _____
James Donato
United States District Court Judge

## LIST OF ATTACHMENTS

Attachment A: February 3, 2026 Filed Substitution of Attorney and Order Thereon

Herman Franck, Esq. SBN 123476
Elizabeth Betowski, Esq., SBN 245772
Franck & Associates
1750 Prairie City Road, Ste. 130, #254
Folsom, CA 95630
Tel: 916-256-6266
Email: franckhermanlaw88@yahoo.com
Attorneys for Plaintiffs Michael Castagnola;
Michael Castagnola as Trustee of The Michael L. Castagnola
Revocable Trust Agreement dated September 15, 2016;
and Carly Castagnola

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### [San Francisco Division]

| | |
|---|---|
| MICHAEL CASTAGNOLA; MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016; CARLY CASTAGNOLA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ADAMS in his capacity as Receiver; Et al.<br><br>Defendants. | CASE NO: 25-CV-03624-JD<br><br>**NOTICE OF SUBSTITUTION OF PLAINTIFFS' COUNSEL; ORDER THEREON** |

Plaintiffs Michael Castagnola, Michael Castagnola as Trustee of The Michael L. Castagnola Revocable Trust Agreement dated September 15, 2016, and Carly Castagnola herewith submit this NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER THEREON.

Plaintiffs have both requested to substitute themselves in as pro se parties, and have discharged Herman Franck, Esq./Franck & Associates as Plaintiffs' counsel.

Plaintiffs' contact info is as follows:

Michael Castagnola
Carly Castagnola
General Delivery
Graton, CA 95444
Tel. 707-799-6019
Michael@mccbearfamily.com
carly@mccbearfamily.com

SUBSTITUTION REQUESTED

_____   Date: February __3__, 2026
Michael Castagnola
Plaintiff

_____   Date: February __3__, 2026
Michael Castagnola as Trustee of
The Michael L. Castagnola
Revocable Trust Agreement dated
September 15, 2016
Plaintiff

_____   Date: February __3__, 2-26
Carly Castagnola
Plaintiff

SUBSTITION APPEROVED and ACCEPTED:

//s// Herman Franck, Esq.                 Date: February __2__, 2026
_____
Herman Franck, Esq.

Substitution of Counsel; Order thereon

2

**ORDER APPROVING PLAINTIFFS MICHAEL CASTAGNOLA, CASTAGNOLA, MICHAEL CASTAGNOLA AS TRUSTEE OF THE MICHAEL L. CASTAGNOLA REVOCABLE TRUST AGREEMENT DATED SEPTEMBER 15, 2016 AND CARLY CASTAGNOLA 'S SUBSTITUTION OF COUNSEL**

The Court ORDERS that the foregoing substitution of counsel is ACCEPTED.

SO ORDERED:

_____    Date: _____
Hon. James Donato
District Court Magistrate Judge

Substitution of Counsel; Order thereon

3

# PROOF OF SERVICE

I, Elizbeth Betowski, declare as follows: That I am an adult over the age of 18, and have an office in Folsom, California, and am not a party to the present action. On the date signed below, I caused to be served by electronic mail, the following documents:

1. **NOTICE OF SUBSTITUTION OF PLAINTIFFS' COUNSEL; ORDER THEREON**

The above-listed documents were served on all parties by electronic mail to the following addressees:

Michael Castagnola
Carly Castagnola
General Delivery
Graton, CA 95444
Tel. 707-799-6019
Michael@mccbearfamily.com
carly@mccbearfamily.com

I declare under oath and under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in Sacramento, California, on February 3, 2026.

//s// Herman Franck, Esq.

_____
Elizabeth Betowski