UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L CASTAGNOLA, et al.,

Plaintiffs,

v.

MARK ADAMS, et al.,

Defendants.

Case No. 25-cv-03624-JD

**ORDER RE SUBSTITUTION OF COUNSEL AND DISMISSAL**

United States District Court
Northern District of California

Plaintiffs' request for substitution of counsel is granted.  Dkt. No. 65.  Attorneys Herman Franck and Elizabeth Betowski are terminated as plaintiffs' counsel, and plaintiffs Michael Castagnola and Carly Castagnola will proceed pro se.  The Clerk's Office is requested to add plaintiffs' contact information to the docket:

> Michael Castagnola
> Carly Castagnola
> General Delivery
> Graton, CA 95444
> Tel. 707-799-6019
> Michael@mccbearfamily.com
> carly@mccbearfamily.com

Plaintiffs' first amended complaint is dismissed with leave to amend pursuant to Federal Rule of Civil Procedure 8.  Rule 8(a)(2) requires that a pleading "must contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief."  Plaintiffs' first amended complaint is neither short nor plain.  The complaint is 230 pages long, with 490 pages of exhibits.  *See* Dkt. No. 18.  The complaint contains numerous asides and extraneous facts, and it is difficult to make out the nature of plaintiffs' asserted harm in this action.  Plaintiffs have also since clarified that they are not seeking to allege any "state law violations with regards to

wrongdoing by the County and/or its individual officials." Dkt. No. 51 at 2. This must be made clear by further amendment.

Plaintiffs are directed to file by March 13, 2026, a second amended complaint, or a statement indicating that they will not amend. A failure to make either of those filings by the March 13, 2026 deadline will result in a dismissal of the case with prejudice pursuant to Federal Rule of Civil Procedure 41(b). The amended complaint may not add any new claims or defendants without the express prior approval of the Court. The amended complaint must also make clear which claims are asserted against which defendants, and generally present the plaintiffs' allegations in a more concise, streamlined manner.

The pending motions to dismiss and strike, Dkt. Nos. 34, 42, 47, are terminated without prejudice to renewal in response to the second amended complaint, as warranted. The County Defendants' motion for sanctions under Federal Rule of Civil Procedure 11, Dkt. No. 50, is denied. The remote appearance request, Dkt. No. 67, is terminated as moot.

**IT IS SO ORDERED.**

Dated: February 10, 2026

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2